UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. 11-20113-CR-LENARD
**CHANGE OF PLEA MINUTES**

vs.

BEATRIZ TORRES-CRUZ,
_____/

On November 7, 2011, the above named defendant appeared in person before the Honorable **Joan A. Lenard**, United States District Judge, with counsel **John Wylie** appointed by the Court/retained by the defendant, and said defendant stated in open court that he/she desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to **Counts 1, 11** of the Indictment.

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. Whereupon:

( )     The Court Arraigned the defendant on the Superseding Information.

( )     The Court proceeded to pronounce sentence. (See J&C)

(X)    The Court postponed sentencing until **January 30, 2012 at 4:30 pm.**

(X)    The defendant being allowed to remain on bond until sentencing.

(X)    Modifications of Conditions of Release: **Report to PTS once per week in person.**

( )     The defendant being remanded to the custody of the U.S. Marshal until a _____ bond in the amount of $_____ is approved and posted.

( )     The defendant being surrendered/remanded to the custody of the U.S. Marshal awaiting sentencing.

The U.S. Attorney announced **Counts remaining** would be dismissed on the government's motion at sentencing.

**Judge Joan A. Lenard**                             AUSA **Joseph Beemsterboer**
**Court Reporter Lisa Edwards**                  Interpreter **Spanish**
**Courtroom Deputy Patricia Mitchell**        Time: **2:55 pm - 3:35 pm**