UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-20113-CR-LENARD

UNITED STATES OF AMERICA
    Plaintiff

vs.

BEATRIZ TORRES-CRUZ
    Defendant.
_____/

## **SENTENCING MEMORANDUM**

*Involvement in Conspiracy*

Ms. Torres-Cruz immigrated to this country in 2003. She initially began working for Wal-Mart when coming to the United States and then became a nurse's aid for four patients. These patients began receiving home health care from Florida Home Health Care Providers in late 2008.

Ms. Torres-Cruz, or Betty as her patients knew her, was an exemplary nurse's aid when it came to the care of those patients. She never falsified any documentation about her visits and always cared for them, even visiting them at times for free. Undersigned interviewed all the patients that Ms. Torres-Cruz cared for multiple times and all of them had high praise for Ms. Torres-Cruz's care.

All of Ms. Torres Cruz's patients were actually diabetic and actually needed home health care. None of her patients were fraudulently receiving Medicare

benefits. Betty provided actual care to those patients. Therefore, Medicare was conferred at least a partial benefit with respect to Ms. Torres-Cruz's patients. *See United States v. Vaghela*, 169 F.3d 729, 736 (11th Cir. 1999)(because some value was received the restitution loss amount was less than the amount billed to Medicare); *see also United States v. Spuza*, 265 F.3d 1220, 1231-32 (11th Cir. 2001).

Betty was not directly involved with billing Medicare. Betty is not a doctor and did not examine any patient or prescribe any treatment for any patient. Betty is not a nurse either. She was not responsible for completing nurse's reports for the patients. She was a nurse's aid who legitimately and honestly cared for her patients. Unfortunately, she also received kickbacks or referral fees for caring for those patients under the Florida Home Health Care umbrella.

Importantly, Ms. Torres Cruz was involved in the conspiracy for only a fraction of the entire conspiracy. Her involvement in this matter was limited to approximately ten months, whereas the entire conspiracy lasted over three years.

*Difficult Upbringing*

Betty was raised under difficult circumstances and has to overcome some terrible tragedies in her life. *See* PSI, ¶¶ 71-73. Yet, she has overcome them to lead a productive and helpful life. She cares for her children and is for the most

part the sole care-giver for her mother who suffers from Alzheimer's Disease. Other than this incident, Ms. Torres Cruz has never been arrested in her life.

Ms. Torres-Cruz has also suffered her own health issues. She was recently admitted to Hialeah Hospital. It is believed that she suffered a mild stroke. Undersigned has requested Ms. Torres-Cruz's medical records from Hialeah Hospital, but at the time of this filing had not obtained them.

Wherefore, Ms. Torres-Cruz respectfully requests that the Court consider the preceding facts when fashioning a sentence for Ms. Torres Cruz.

Respectfully submitted,

JOHN W. WYLIE, P.A.

By: s/John W. Wylie
John W. Wylie
Florida Bar No. 0133817
100 S.E. 2nd Street, Suite 2700
Miami, Florida 331318
Tel: (305) 358-6767
Fax No. (305) 358-6765
jww@johnwylielaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: s/John W. Wylie
John W. Wylie